**166 A.3d 231**

IN THE MATTER OF DEAN SCHWANER, DEPARTMENT OF
CORRECTIONS. (DEAN SCHWANER—PETITIONER)

April 6, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000748–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.